O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CHESTRA,<br><br>　　　　Petitioner<br><br>　　v.<br><br>F. VASQUEZ,<br><br>　　　　Respondent. | Case No. 2:19-cv-04675-RSWL (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all documents filed and lodged in this action, and the Report and Recommendation of United States Magistrate Judge [Dkt. 23, "Report"].  The time for filing Objections to the Report has passed, and no Objections have been received.

Having completed its review, the Court accepts the findings and recommendations set forth in the Report.  Accordingly, **IT IS ORDERED** that: the Petition is DENIED; and Judgment shall be entered dismissing this action with prejudice.

DATE: February 1, 2021

　　　　　　　　　　　　　　　　__/S/ RONALD S.W. LEW_____
　　　　　　　　　　　　　　　　RONALD S.W. LEW
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE