JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CHESTRA,<br>         Petitioner<br>     v.<br>F. VASQUEZ,<br>         Respondent. | Case No. 2:19-cv-04675-RSWL (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: February 1, 2021

                                                  ___/S/ RONALD S.W. LEW_____
                                                  RONALD S.W. LEW
                                                  UNITED STATES DISTRICT JUDGE